# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147988 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                              SC: 147988
                                              COA: 314154

BARUCH ARMOND WINSTON,
        Defendant-Appellant.
                                              Wayne CC: 08-013250-FC

_____/

On order of the Court, the motion to add an issue is GRANTED. The application for leave to appeal the October 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



p0224

                                            Clerk